E-FILED
Wednesday, 22 April, 2020  02:55:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs | ) Case No.   1:20-CV-1139<br>) |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | )<br>)<br>)<br>) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

The undersigned, A. Christopher Cox of Cox & Fulk, LLC, hereby enters his appearance for and on behalf of Jamie Warmbir, Charlotte Warmbir and Warmbir IT Solutions, LLC, Defendants, in the above entitled cause.

JAMIE WARMBIR, CHARLOTTE WARMBIR, WARMBIR IT SOLUTIONS, LLC, Defendants

/s/ A. Christopher Cox_____

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
christophercox@cxflegal.com