# CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Jason S. Bartell
Bartell Powell LLP
10 E. Main Street
Champaign, IL 61820
jbartell@bartellpowell.com

Michael A. Powell
Bartell Powell LLP
10 E. Main Street
Champaign, IL 61820
mpowell@bartellpowell.com


              /S/ A. Christopher Cox_____