UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No.    1:20-CV-1139 |
| | ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

The undersigned, J. Harrison Fulk of Cox & Fulk, LLC, hereby enters his appearance for and on behalf of Jamie Warmbir, Charlotte Warmbir and Warmbir IT Solutions, LLC, Defendants, in the above entitled cause.

                        JAMIE WARMBIR, CHARLOTTE WARMBIR, WARMBIR IT SOLUTIONS, LLC, Defendants

                        /s/ J. Harrison Fulk_____

J. Harrison Fulk
ARDC# 6292850
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
jakefulk@cxflegal.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No. 1:20-CV-1139 |
| | ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of May, 2020, a true and correct copy of Entry of Appearance information on the persons shown below as follows:

Jason Bartell
Bartell Power LLP
10 East Main Street
Champaign, IL 61820

( )   I served this ___ by delivering a copy personally to each person to whom it is directed.

( X )   I served this ___ by mailing a copy to each person to whom it is directed and depositing the same in the U. S. Mail at Bloomington, Illinois, with proper postage.

( )   I served this ___ by faxing a copy to each person to whom it is directed from (309) 827-7423.

( )   I served this ___ by emailing a PDF copy to each person to whom it is directed from the email address of tklein@cfxlegal.com.

By: /s/ J. Harrison Fulk____

J. Harrison Fulk
ARDC# 6292850
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
jakefulk@cxflegal.com