IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC<br>    Plaintiff,<br><br>vs.<br><br>JAMIE WARMBIR; CHARLOTTE, WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;<br>    Defendants. | Case No.: 1:20-CV-1139 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I served a copy of the following: **Defendant's Interrogatories issued to Plaintiff Pertaining to Preliminary Injunction Remedy and Defendant's Request for Production to Plaintiff Pertaining to Preliminary Injunction Remedy** by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com

                Respectfully Submitted,
                JAMIE WARMBIR, CHARLOTTE WARMBIR,
                and WARMBIR IT SOLUTIONS, LLC


                BY: /s/ A. Christopher Cox

A. CHRISTOPHER COX
ARDC #6296142
COX & FULK, LLC
202 North Center Street
Bloomington, IL  61701
(309) 828-7331
christophercox@cfxlegal.com