**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JAMIE WARMBIR; CHARLOTTE )<br>WARMBIR; WARMBIR IT SOLUTIONS, LLC, )<br>an Illinois limited liability company; )<br>)<br>Defendants. ) | Case No.: 1:20-CV-1139<br>(Jury Demanded) |

**PROOF OF SERVICE OF DISCOVERY DOCUMENTS**

To:   Mr. A. Christopher Cox
      Mr. J. Harrison Fulk
      Cox & Fulk, LLC
      202 N. Center
      Bloomington, IL 61701
      christophercox@coxandassoc.com
      jakefulk@cxflegal.com

The undersigned deposes and states that on the 12th day of May, 2020, the following documents were served by mailing a true and correct copy thereof, addressed to all parties of record, postage prepaid, by depositing same in the U.S. Mail in Bloomington, IL before the hour of 5:30 p.m.

- Plaintiff's FRCP Rule 33 Interrogatories to Defendant, Charlotte Warmbir, for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint

- Plaintiff's FRCP Rule 34 Request for Production to Defendant, Charlotte Warmbir, for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint

- Plaintiff's FRCP Rule 33 Interrogatories to Defendants, Jamie Warmbir and Warmbir IT Solutions, LLC, for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint

- Plaintiff's FRCP Rule 34 Request for Production to Defendants, Jamie Warmbir and Warmbir IT Solutions, LLC, for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint.

MAVIDEA TECHNOLOGY GROUP, LLC

By:   /S/ Michael A. Powell

[x]    *Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the following certifies as aforesaid that he verily believes the same to be true.*

BARTELL POWELL LLP
Jason S. Bartell # 6255602
Michael A. Powell # 6257615
10 E. Main Street
Champaign, IL 61820
Phone: 217-352-5900
Fax:    217-352-0182
Email:  jbartell@bartellpowell.com
Email:  mpowell@bartellpowell.com