## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>JAMIE WARMBIR; CHARLOTTE, )<br>WARMBIR; WARMBIR IT )<br>SOLUTIONS, LLC, an Illinois limited )<br>liability company;   )<br>Defendants.   ) | Case No.: 1:20-CV-1139 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2019, I served a copy of the following: Defendants' Rule 26(a)(1) Initial Disclosure and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com


Date: June 2, 2020

                                              JAMIE WARMBIR, CHARLOTTE
                                              WARMBIR, and WARMBIR IT
                                              SOLUTIONS, LLC

                                              By: /S/ A. Christopher Cox
                                                      COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email:  ChristopherCox@cfxlegal.com