UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| vs | ) ) | Case No. 1:20-CV-1139 |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:     Jason Bartell            Michael Powell
           10 E. Main St.            207 W. Jefferson St.
           Champaign, IL 61820     Ste. 602
           jbartell@bartellpowell.com    Bloomington, IL 61701
                                                        mpowell@bartellpowell.com

      TAKE NOTICE that I have filed on June 2, 2020, with the Clerk of the United States District Court of the Peoria Division, Illinois, the following:

- **Defendant Warmbir IT Solutions, LLC's Answer to Plaintiff's Complaint,**
- **Defendant Jamie Warmbir's Answer to Plaintiff's Complaint, and**
- **Defendant Charlotte Warmbir's Answer to Plaintiff's Complaint**

A True and correct copy of the same are attached hereto and served upon you.

                                        Defendant JAMIE WARMBIR, CHARLOTTE WARMBIR, and WARMBIR IT SOLUTIONS, LLC

                                        BY: /s/ A. Christopher Cox

A. Christopher Cox
ARDC # 6296142
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
christophercox@cfxlegal.com

# Certificate of Service

       The undersigned, an attorney, hereby certifies that on the 2nd day of June, 2020, a true and correct copy of the foregoing Notice of Filing was electronically served for filing and served on the persons shown below as follows:

| | |
|---|---|
| Jason Bartell | Michael Powell |
| 10 E. Main St. | 207 W. Jefferson St. |
| Champaign, IL 61820 | Ste. 602 |
| jbartell@bartellpowell.com | Bloomington, IL 61701 |
| | mpowell@bartellpowell.com |

( )    I served this notice by delivering a copy personally to each person to whom it is directed.

( )    I served this Notice by mailing a copy to each person to whom it is directed and depositing the same in the U. S. Mail at Bloomington, Illinois, with proper postage.

( )    I served this notice by faxing a copy to each person to whom it is directed from (309) 827-7423.

( X )    I served this notice by emailing a PDF copy to each person to whom it is directed from the email address of christophercox@cfxlegal.com

Date:  June 2, 2020

                                                      /s/A. Christopher Cox

A. Christopher Cox
ARDC # 6296142
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
christophercox@cfxlegal.com