## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 1:20-CV-1139 ) |
| JAMIE WARMBIR; CHARLOTTE , WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENT

The undersigned certifies that he served a copy of the following discovery document(s):

1. Defendant, Charlotte Warbir's Answers to Plaintiff's FRCP Rule 33 Interrogatories to Defendant, Charlotte Warmbir, for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint

2. Defendant, Charlotte Warmbir's Response to Request for Production for Issues Relating for Issues Relating Only to Injunctive Relief

3. Jamie Warmbir and Warmbir IT Solutions, LLC's Answers to Plaintiff's FRCP Rule 33 Interrogatories for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint

4. Defendants, Jamie Warmbir and Warmbir IT Solutions, LLC's Response to Request for Production for Issues Relating Only to Injunctive Relief

TO: Jason S. Bartell
Michael A. Powell
207 W. Jefferson St.
Suite 602
Bloomington, IL 61701
jbartell@bartellpowell.com
mpowell@bartellpowell.com

along with a copy of this notice, by e-mailing a copy of same to the parties e-mail address listed above from the e-mail address of tklein@cfxlegal.com on the 25th day of June 2020.

This notice is filed with the Court in lieu of filing the original of said document with the Court.

/s/ A. Christopher Cox

A. Christopher Cox
ARDC # 6296142
Cox & Associates, LLC
202 North Center Street
Bloomington, IL  61701
309/828-7331
christophercox@coxandassoc.com