E-FILED
Tuesday, 21 July, 2020 05:26:58 PM
Michelle Klatt, Clerk, U.S. District Court, ILCD



## Service Agreement

5 messages

**Jamie Warmbir** <jamie@warmbirits.com>                                    Tue, Mar 10, 2020 at 4:35 PM
To: Michelle Klatt <mklatt@youthbuildmcleancounty.org>

Hi Michelle,

Tracey sent back an unsigned copy and I've asked her to send the signed one.  Super excited to have you on board as a client.  Thanks for your trust and support of Charlotte and I.

When I get the signed copy I will countersign and return to you.

I'd like to offer some guidance on the cancelation message to your current provider.

Here are my thoughts:

Timing: send on Monday morning the 16th.  Last day of service with the current provider will be April 15th.  That's 31 days notice, satisfying the 30 day requirement.

Communication structure:

- Gratitude
    - I would offer gratitude for the service and care you've received over the years.
- Notice
    - State you are switching to a new provider and your last day of service with the current provider will be April 15th.
- Reason
    - You don't even have to give a reason, but it would be helpful to me if you state why you are switching.
    - I'd want it to be your own reasons.  It could be: sudden leadership change, lack of technical leadership remaining, lack of relationship with remaining company leadership, lack of timely communication on change of leadership, etc.  You have your reasons, so this shouldn't be hard to decide.
    - Additionally, for my legal position, it would help if it was clear that you initiated contact with your new provider, Warmbir IT Solutions.  "[Reason for switch], because of this I sought out a new IT provider."
- Cooperation request
    - Ask that they give their full cooperation for a smooth transition to your new provider, Warmbir IT Solutions, and supply my contact information.  You can either CC me on the message or send a second email so I can pick up and initiate the technical transfer details.

At that point you are done!  I handle it from there.  They will prorate your April bill for ½ a month.  I will do the same thing, so you'll net out about the same as you are used to paying.

Hopefully this helps make it nice and easy for you.  Anything else I can help with on this?  Does the 16th sound good for sending the notice?