UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-CV-1139 |
| | ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## MOTION TO SEAL

NOW COMES the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC ("Mavidea"), by and through its attorneys, BARTELL POWELL LLP, moving to seal certain exhibits attached to its Motion for Leave to file Verified Amended Complaint.

1) Plaintiff filed as Docket Entry #25 a Motion for Leave to file the Verified Amended Complaint attached to the filing as Exhibit A.

2) There are three appendixes also filed as appendixes which are Exhibits A, B, and C to the Verified Amended Complaint (Docket Entries 25-2, 25-3, and 25-4).

3) These three exhibits contain confidential business records which, by agreement of the parties, should be sealed.

WHEREFORE, Plaintiff prays that the Court enter an order sealing Docket Entries 25-2, 25-3, and 25-4.

Dated: July 21, 2020

Respectfully submitted,

BARTELL POWELL LLP

<u>/s/ Jason S. Bartell</u>
Jason S. Bartell
Attorneys for Plaintiff

10 E. Main St.
Champaign, IL 61820
(217)352-5900
Email: jbartell@bartellpowell.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

A.  Christopher Cox
Cox & Fulk, LLC
2020 N. Center
Bloomington, IL 61701

        /s/ Jason S. Bartell