**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:20-CV-1139 |
| JAMIE WARMBIR, CHARLOTTE WARMBIR, and WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT MOTION FOR COURT TO GRANT PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT, TO DEEM VERIFIED AMENDED COMPLAINT FILED AS OF THE DATE OF THE COURT ORDER ON THIS JOINT MOTION, AND TO GIVE DEFENDANTS 21 DAYS FROM ENTRY OF ORDER ON THIS JOINT MOTION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S VERIFIED AMENDED COMPLAINT

NOW COME the Plaintiff, Mavidea Technology Group, LLC, by and through one of its attorneys, Michael A. Powell of Bartell Powell LLP, and the Defendants, Jamie Warmbir, Charlotte Warmbir, and Warmbir IT Solutions, LLC, by and through their attorneys, Christopher Cox of Cox & Fulk, LLC, and for their Joint Motion for Court to Grant Plaintiff's Motion for Leave to Amend Complaint, to Deem Verified Amended Complaint Filed as of the Date of the Court order on this Joint Motion, and To Give Defendants 21 Days From Entry of Order on This Joint Motion to File Responsive Pleading to Plaintiff's Verified Amended Complaint, state as follows:

1. Plaintiff filed this action on April 3, 2020, and Defendants' filed Answers to the original Complaint on June 2, 2020.

2. The parties have been involved in written discovery in this case, and Plaintiff filed its Motion for Leave to Amend Complaint on July 21, 2020, attaching a Verified Amended Compliant as an Exhibit to that Motion for Leave.

3. The parties, by agreement and to keep this matter moving forward in a timely fashion, request that this Honorable Court grant Plaintiff's Motion for Leave and Order that Plaintiff's Verified Amended Complaint be deemed filed as of the date of said Order.

4. The parties, by agreement, request that this Honorable Court grant Defendants 21 days, from the date of its Order granting this Joint Motion, to file their responsive pleading to the Verified Amended Complaint.

WHEREFORE, Plaintiff, Mavidea Technology Group, LLC, and the Defendants, Jamie Warmbir, Charlotte Warmbir, and Warmbir IT Solutions, LLC, respectfully request that this Honorable Court grant their Joint Motion for a Court Order Granting Plaintiff's Motion for Leave to Amend Complaint, to Deem Verified Amended Complaint Filed as of the Date of the Court order on this Joint Motion, and To Give Defendants 21 Days From Entry of Order on this Joint Motion to File their Responsive Pleading to Plaintiff's Verified Amended Complaint, and for such other relief as the Court deems appropriate.

Respectfully submitted,
MAVIDIA TECHNOLOGY GROUP, LLC

By: ___/S/ Michael A. Powell_____
    BARTELL POWELL LLP

By: ___/S/ Jason S. Bartell_____
    BARTELL POWELL LLP

                                            Respectfully submitted,

                                            JAMIE WARMBIR, CHARLOTTE WARMBIR, and WARMBIR IT SOLUTIONS, LLC

                                            By:  /S/ A. Christopher Cox
                                                  COX & FULK, LLC

Jason S. Bartell# 6255602
Michael A. Powell #06257615
10 East Main Street
Champaign, IL 61820
Phone: 217-352-5900
Fax:     217-352-0182
Email:  jbartell@bartellpowell.com
         mpowell@bartellpowell.com

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email:  ChristopherCox@cfxlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2020, I electronically filed the foregoing Joint Motion for Court to Grant Plaintiff's Motion for Leave to Amend Complaint, to Deem Verified Amended Complaint Filed as of the Date of the Court order on this Joint Motion, and To Give Defendants 21 Days From Entry of Order on This Joint Motion to File Responsive Pleading to Plaintiff's Verified Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Mr. A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center Street
Bloomington, IL 61701
Phone: (309)828-7331

                                                        /S/ Michael A. Powell