**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JAMIE WARMBIR; CHARLOTTE )<br>WARMBIR; WARMBIR IT SOLUTIONS, LLC, )<br>an Illinois limited liability company; )<br>)<br>Defendants. ) | Case No.: 1:20-CV-1139<br>(Jury Demanded) |

## CERTIFICATION OF COUNSEL

To:  Mr. A. Christopher Cox
     Cox & Fulk, LLC
     202 N. Center Street
     Bloomington, IL 61701
     E-Mail: christophercox@coxandassoc.com

NOW COMES the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, by Michael A. Powell, and Jason Bartell, of Bartell Powell LLP, and certifies that it has this date (August 7, 2020) served upon the Defendants, JAMIE WARMBIR, CHARLOTTE WARMBIR and WARMBIR IT SOLUTIONS, LLC, the following discovery.

Plaintiff's Supplemental FRCP Rule 33 Interrogatories to Charlotte Warmbir;
Plaintiff's Supplemental FRCP Rule 33 Interrogatories to Jamie Warmbir and Warmbir IT Solutions, LLC;
Plaintiff's Supplemental FRCP Rule 34 Request for Production to Charlotte Warmbir;
Plaintiff's Supplemental FRCP Rule 34 Request for Production to Jamie Warmbir and Warmbir IT Solutions, LLC.

DATED: August 7, 2020                    MAVIDEA TECHNOLOGY GROUP, LLC


                                         By:     /S/ Michael A. Powell
                                                 Michael A. Powell
                                                 ARDC#: 6257615

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2020, the foregoing Certification of Counsel was filed electronically serving discovery upon Charlotte Warmbir, Jamie Warmbir, and Warmbir IT Solutions, LLC using the CM/ECF system which will send notification of such filing to the following:

    Mr. A. Christopher Cox
    Mr. J. Harrison Fulk
    Cox & Fulk, LLC
    202 N. Center Street
    Bloomington, IL 61701
    E-Mail: christophercox@coxandassoc.com
    E-Mail: jakefulk@cxflegal.com

    /S/ Michael A. Powell

BARTELL POWELL LLP
Jason S. Bartell # 6255602
Michael A. Powell # 6257615
10 E. Main Street
Champaign, IL 61820
Phone: 217-352-5900
Fax:   217-352-0182
Primary Email:  jbartell@bartellpowell.com
Primary Email: mpowell@bartellpowell.com
Secondary Email: kwoolridge@bartellpowell.com