**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC    Plaintiff,    vs. JAMIE WARMBIR; CHARLOTTE, WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;    Defendants. | Case No.: 1:20-CV-1139 |

## CERTIFICATION OF COUNSEL

To:   Jason S. Bartell
      Michael A. Powell
      Bartell Powell LLP
      10 East Main Street
      Champaign, IL 61820
      jbartell@bartellpowell.com
      mpowell@bartellpowell.com

NOW COMES the Defendants, JAMIE WARMBIR, CHARLOTTE WARMBIR and WARMBIR IT SOLUTIONS, LLC, by and through their counsel, Cox & Fulk, LLC, and certifies that they have this date (August 7, 2020) served upon the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, the following discovery:

    Defendant, Jamie Warmbir's Supplemental FRCP Rule 33 Interrogatories to Plaintiff;
    Defendant, Charlotte Warmbir's Supplemental FRCP Rule 33 Interrogatories to Plaintiff;
    Defendant, Warmbir IT Solutions, LLC's Supplemental FRCP Rule 33 Interrogatories to
        Plaintiff;
    Defendants' Supplemental FRCP Rule 34 Request for Production of Documents to
Plaintiff.

                                        JAMIE WARMBIR, CHARLOTTE WARMBIR,
                                        and WARMBIR IT SOLUTIONS, LLC

                                        BY:   /s/   A. Christopher Cox

## CERTIFICATION OF COUNSEL

      I hereby certify that on **August 7, 2020**, the foregoing Certification of Counsel was filed electronically serving discovery upon Mavidea Technology Group, LLC using the CM/ECF system which will send notification of such filing to the following:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com

                  Respectfully Submitted,

                  JAMIE WARMBIR, CHARLOTTE WARMBIR,
                  and WARMBIR IT SOLUTIONS, LLC

                  BY:   /s/    A. Christopher Cox

A. CHRISTOPHER COX
ARDC #6296142
COX & FULK, LLC
202 North Center Street
Bloomington, IL  61701
(309) 828-7331
christophercox@cfxlegal.com

2