UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-CV-1139 |
| | ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## MOTION TO SEAL

NOW COMES the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC ("Mavidea"), by and through its attorneys, BARTELL POWELL LLP, moving to seal the Declaration of Jake Davis and its supporting exhibits.

1) Plaintiff is filing an Declaration and several supporting documents that all contain confidential business records.

2) These documents are subject to an agreement by the parties that has been entered as an order by the court to file these records under seal.

WHEREFORE, Plaintiff prays that the Court enter an order sealing the Declaration of Jake Davis and supporting exhibits.

Dated: August 12, 2020                    Respectfully submitted,

                                          BARTELL POWELL LLP

                                          /s/ Jason S. Bartell
                                          Jason S. Bartell
                                          Attorneys for Plaintiff

                                          10 E. Main St.
                                          Champaign, IL 61820
                                          (217)352-5900
                                          Email: jbartell@bartellpowell.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

A. Christopher Cox
Cox & Fulk, LLC
2020 N. Center
Bloomington, IL 61701

                                       /s/ Jason S. Bartell