## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC ) ) ) Plaintiff, ) ) vs. ) ) ) JAMIE WARMBIR; CHARLOTTE ) WARMBIR; WARMBIR IT SOLUTIONS, LLC, ) an Illinois limited liability company; ) ) Defendants. ) | Case No.: 1:20-CV-1139 (Jury Demanded) |

## **CERTIFICATION OF COUNSEL**

Now comes the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, by Michael A. Powell of BARTELL POWELL LLP, and certified that it has this date served upon on all parties, the following discovery:

**Plaintiff's First Request to Admit Genuineness of Documents**

MAVIDEA TECHNOLOGY GROUP, LLC

By:   /S/ Michael A. Powell
Michael A. Powell #06257615
207 W. Jefferson Street, Suite 602
Bloomington, IL   61701
Phone: (309) 807-5275
Fax:    (309) 807-5015
Email: mpowell@bartellpowell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2020, I electronically filed the foregoing Certification of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. A. Christopher Cox
Cox & Fulk, LLC
202 N. Center Street
Bloomington, IL 61701
E-Mail: christophercox@coxandassoc.com

                                       /S/ Michael A. Powell

BARTELL POWELL LLP
Michael A. Powell #06257615
207 W. Jefferson Street, Suite 602
Bloomington, IL   61701
Phone: (309) 807-5275
Fax:    (309) 807-5015
Primary E-mail: mpowell@bartellpowell.com
Secondary E-mail: kwoolridge@bartellpowell.com