E-FILED
Tuesday, 18 August, 2020 05:04:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC,<br><br>Plaintiff,<br><br>vs<br><br>JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;<br><br>Defendants. | Case No.  1:20-CV-1139 |

**DEFENDANT JAMIE WARMBIR'S MOTION TO DISMISS COUNTS VIII AND IX OF PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW COMES the Defendant, JAMIE WARMBIR, ("Warmbir"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for his Motion to Dismiss Counts VIII and IX of the Verified Amended Complaint filed by Plaintiff, MAVIDEA TECHNOLOGY CROUP, LLC, ("Plaintiff" or "Mavidea"), states as follows:

1. Warmbir respectfully moves this court to dismiss Counts VIII and IX of Plaintiff's Verified Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state claims upon which relief can be granted.

2. Specifically, Count VIII of Plaintiff's Verified Amended Complaint must be dismissed because it fails to state a claim for violation of the Illinois Cable Piracy Act, 720 ILCS 5/16-18(a)(6)(E).

3. Count IX of Plaintiff's Verified Amended Complaint must be dismissed because it fails to state a claim for violation of the Racketeer Influenced and Corrupt Organizations Act

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020 I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

    Jason Bartell                      Email: jbartell@bartellpowell.com

    Michael Powell               Email: mpowell@bartellpowell.com

                                      /s/ A. Christopher Cox

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 North Center Street
Bloomington, IL 61701
(309) 828-7331
christophercox@cxflegal.com