UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-CV-1139 |
| ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; ) ) ) ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL INFORMATION FOR PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, MAVIDEA TECHNOLOGY CROUP, LLC, an Illinois limited liability company ("Plaintiff" or "Mavidea"), respectfully provides this additional information as requested by the Court in its Docket Entry on August 19, 2020 indicating that Plaintiff should file an outline specifying which filed exhibits apply to each specific argument. As such, Plaintiff provides the following information:

I. Likelihood of Success on the Merits

A. Breach of Fiduciary Duty

1) A fiduciary duty existed.

**Exhibit A to Complaint**

**Exhibits A-1 through E-4 (Employees)**

**Exhibits F-1 through Q-4 (Customers)**

**Exhibits R-40 through R-41 (Phone number)**

2) The fiduciary duty was breached;

    a) Plaintiff took all remaining employees of the Plaintiff's IT Department;

**Exhibit R-2 through R-4, Exhibit R-10, Exhibit R-11, Exhibit R-12, Exhibit R-13, Exhibit R-14**

    b) Defendants caused twelve customers to terminate their contracts with the Plaintiff;

**Exhibit R-1, Exhibit R-2 through R-4, Exhibit R-5, Exhibit R-6, Exhibit R-7, Exhibit R-8, Exhibit R-9, Exhibit R-15, Exhibit R-16, Exhibit R-17, Exhibit R-18, Exhibit R-19, Exhibit R-20, , Exhibit R-21, Exhibit R-22, Exhibit R-23, Exhibit R-24, Exhibit R-25, Exhibit R-26, Exhibit R-27, Exhibit R-28, Exhibit R-29, Exhibit R-30, Exhibit R-31, Exhibit R-32, Exhibit R-33, Exhibit R-34, Exhibit R-35, Exhibit R-36, Exhibit R-37, Exhibit R-38**

    c) Defendants took the Plaintiff's phone number that customers used to contact the Plaintiff;

**Exhibit R-39**

B. Tortious Interference with Contract and Business Expectancy

1) The Plaintiff had written contracts with three employees and a business expectancy with two employees.

**Exhibits A-1 through E-4**

2) The Defendants tortuously interfered with those contracts and business expectancy.

**Exhibit R-2 through R-4, Exhibit R-10, Exhibit R-11, Exhibit R-12, Exhibit R-13, Exhibit R-14**

3) The Plaintiff had written contracts and business expectancy with the customers that the Defendants incited to terminate their contract.

**Exhibits F-1 through Q-4**

4) The Defendants tortuously interfered with those contracts and business expectancy.

**Exhibit R-1, Exhibit R-2 through R-4, Exhibit R-5, Exhibit R-6, Exhibit R-7, Exhibit R-8, Exhibit R-9, Exhibit R-15, Exhibit R-16, Exhibit R-17, Exhibit R-18, Exhibit R-19, Exhibit R-20, , Exhibit R-21, Exhibit R-22, Exhibit R-23, Exhibit R-24, Exhibit R-25, Exhibit R-26, Exhibit R-27, Exhibit R-28, Exhibit R-29, Exhibit R-30, Exhibit R-31, Exhibit R-32, Exhibit R-33, Exhibit R-34, Exhibit R-35, Exhibit R-36, Exhibit R-37, Exhibit R-38**

C. Illinois Trade Secrets Act

1) The Plaintiff's maintained proprietary customer lists, contracts, and employee information that were trade secrets;

**Exhibits A-1 through E-4 (Employees)**

**Exhibits F-1 through Q-4 (Customers)**

2) The Defendants took the Plaintiff's trade secrets and exploited them for their own gain;

**Employees: Exhibit R-2 through R-4,  Exhibit R-10, Exhibit R-11, Exhibit R-12, Exhibit R-13, Exhibit R-14**

**Customers: Exhibit R-1, Exhibit R-2 through R-4, Exhibit R-5, Exhibit R-6, Exhibit R-7, Exhibit R-8, Exhibit R-9, Exhibit R-15, Exhibit R-16, Exhibit R-17, Exhibit R-18, Exhibit R-19, Exhibit R-20, , Exhibit R-21, Exhibit R-22, Exhibit R-23, Exhibit R-24, Exhibit R-25, Exhibit R-26, Exhibit R-27, Exhibit R-28, Exhibit R-29, Exhibit R-30, Exhibit R-31, Exhibit R-32, Exhibit R-33, Exhibit R-34, Exhibit R-35, Exhibit R-36, Exhibit R-37, Exhibit R-38**

D.  Federal Defend Trade Secrets Act.

 1) The Plaintiff's maintained proprietary customer lists, contracts and employee information that were trade secrets;

**Exhibits A-1 through E-4 (Employees)**

**Exhibits F-1 through Q-4 (Customers)**

2) The Defendants took the Plaintiff's trade secrets and exploited them for their own gain;

**Employees: Exhibit R-2 through R-4,  Exhibit R-10, Exhibit R-11, Exhibit R-12, Exhibit R-13, Exhibit R-14**

**Customers: Exhibit R-1, Exhibit R-2 through R-4, Exhibit R-5, Exhibit R-6, Exhibit R-7, Exhibit R-8, Exhibit R-9, Exhibit R-15, Exhibit R-16, Exhibit R-17, Exhibit R-18, Exhibit R-19, Exhibit R-20, , Exhibit R-21, Exhibit R-22, Exhibit R-23, Exhibit R-24, Exhibit R-25, Exhibit R-26, Exhibit R-27, Exhibit R-28, Exhibit R-29, Exhibit R-30, Exhibit R-31, Exhibit R-32, Exhibit R-33, Exhibit R-34, Exhibit R-35, Exhibit R-36, Exhibit R-37, Exhibit R-38**

E.  Breach of Operating Agreement

1) Plaintiff had a contract with Defendant, Jamie Warmbir.

**Exhibit A to Complaint**

2) The Defendant breach the contract by taking Plaintiff's intangible property for other than a Company purpose.

**Employees: Exhibits A-1 through E-4; Exhibit R-2 through R-4, Exhibit R-10, Exhibit R-11, Exhibit R-12, Exhibit R-13, Exhibit R-14**

**Customers: Exhibits F-1 through Q-4; Exhibit R-1, Exhibit R-2 through R-4, Exhibit R-5, Exhibit R-6, Exhibit R-7, Exhibit R-8, Exhibit R-9, Exhibit R-15, Exhibit R-16, Exhibit R-17, Exhibit R-18, Exhibit R-19, Exhibit R-20, , Exhibit R-21, Exhibit R-22, Exhibit R-23, Exhibit R-24, Exhibit R-25, Exhibit R-26, Exhibit R-27, Exhibit R-28, Exhibit R-29, Exhibit R-30, Exhibit R-31, Exhibit R-32, Exhibit R-33, Exhibit R-34, Exhibit R-35, Exhibit R-36, Exhibit R-37, Exhibit R-38**

**Phone: Exhibit R-39 through R-41**

F.  Illinois Cable Piracy Act

1)  Plaintiff owned telephone services.

**Exhibits R-40 and R-41**

2) The Plaintiff was deprived of the telephone services by impersonation, false pretense, false representation and a false statement.

**Exhibit R-39**

        Respectfully Submitted,

        Bartell Powell LLP

        /s/ Jason S. Bartell
        Jason S. Bartell, a partner of the firm

        ATTORNEYS FOR THE PLAINTIFF

Jason Bartell, ARDC# 6255602
Bartell Powell LLP
10 East Main Street
Champaign, IL  61820
(217) 352-5900
Facsimile (217) 352-0182
Email: jbartell@bartellpowell.com

Michael Powell, ARDC# 6257615
Bartell Powell LLP
207 West Jefferson St. Ste. 602
Bloomington, IL  61701
(309)807-5275
Facsimile (309)807-5015
Email: mpowell@bartellpowell.com

CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2020, I electronically filed the foregoing Supplemental Information to Emergency Motion for Temporary Restraining Order and Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

A. Christopher Cox
Cox & Fulk, LLC
2020 N. Center
Bloomington, IL 61701

                                                /s/ Jason S. Bartell