UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMIE WARMBIR; CHARLOTTE ) <br> WARMBIR; and WARMBIR IT ) <br> SOLUTIONS, LLC, ) <br> ) <br> Defendants. ) | Case No. 20-cv-1139-JES-JEH |

## **TEMPORARY RESTRAINING ORDER**

For the reasons set forth in the accompanying Order and Opinion entered in this date, the Court finds Plaintiff, Mavidea, will suffer irreparable harm in the absence of a temporary restraining order, this Order is the only adequate remedy to prevent continued harm to Plaintiff until a preliminary injunction hearing may be held, and the public interest is served by the issuance of this Order. Accordingly, it is hereby ordered that:

1. A constructive trust shall be implemented for any funds received for work performed on behalf of 1) any customer who was a customer of Mavidea's IT Department on February 14, 2020 and/or 2) any of the 11 qualified prospective customers Warmbir was actively trying to acquire while at Mavidea in the year previous to his departure on February 14, 2020. Such funds shall be placed in the trust account of the Defendants' attorney until further order of the Court.

2. Defendants shall return any and all intangible property of Plaintiff's to Plaintiff's attorney within seven (7) days of this Order and shall destroy any remaining copies, electronic or otherwise.

3. Defendant shall transfer the phone numbers that he took from Mavidea on February 14, 2020 back to Mavidea by September 4, 2020.

This TRO shall become effective immediately upon its entry, and shall remain in effect until October 20, 2020, or until a hearing may be held on Plaintiff's Motion for Preliminary Injunction, or by further order of the Court, whichever is earlier.

**IT IS SO ORDERED.**

Signed on this 3rd day of September, 2020.

<u>s/ James E. Shadid</u>
James E. Shadid
United States District Judge