IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC <br> Plaintiff, <br><br> vs. <br><br> JAMIE WARMBIR; CHARLOTTE , WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; <br> Defendants. | Case No.: 1:20-CV-1139 |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I served a copy of the following: Defendant, Charlotte Warmbir's First Supplemental Answers to Plaintiff's FRCP Rule 33 Interrogatories for Issues Relating Only to Injunctive Relief Issues Raised in Counts I and V of Plaintiff's Complaint and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com

Date: September 9, 2020

                                                        CHARLOTTE WARMBIR

                                                        By: /S/ A. Christopher Cox
                                                             COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email:  ChristopherCox@cfxlegal.com