IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) ) | |
|         Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:20-CV-1139 |
| JAMIE WARMBIR; CHARLOTTE, WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | |
|         Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I served a copy of the following: Defendant, Charlotte Warmbir's First Supplemental Response to Request for Production for Issues Relating Only to Injunctive Relief and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com


Date: September 9, 2020

                                            JAMIE WARMBIR, and WARMBIR IT SOLUTIONS, LLC

                                            By: /S/ A. Christopher Cox
                                                  COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email: ChristopherCox@cfxlegal.com