Wednesday, 09 September, 2020  10:55:11 AM
Clerk, U.S. District Court, ILCD


IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC<br>    Plaintiff,<br><br>vs.<br><br>JAMIE WARMBIR; CHARLOTTE, WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;<br>    Defendants. | Case No.: 1:20-CV-1139 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I served a copy of the following: Defendants, Jamie Warmbir and Warmbir IT Solutions, LLC's First Supplemental Response to Request for Production for Issues Relating Only to Injunctive Relief and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com

Date: September 9, 2020

                                              JAMIE WARMBIR, and WARMBIR IT
                                              SOLUTIONS, LLC

                                              By: /S/ A. Christopher Cox
                                                    COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email: ChristopherCox@cfxlegal.com