IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>JAMIE WARMBIR; CHARLOTTE, )<br>WARMBIR; WARMBIR IT )<br>SOLUTIONS, LLC, an Illinois limited )<br>liability company; )<br>Defendants. ) | Case No.: 1:20-CV-1139 |

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I served a copy of the following: Defendant, Jamie Warmbir and Warmbir IT Solutions, LLC's Response to Plaintiff's Supplemental FRCP Rule 34 Request for Production and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com


Date: September 9, 2020

                                        JAMIE WARMBIR, and WARMBIR IT
                                        SOLUTIONS, LLC

                                        By: /S/ A. Christopher Cox
                                        COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email: ChristopherCox@cfxlegal.com

11