IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC<br>　　　　Plaintiff,<br><br>vs.<br><br>JAMIE WARMBIR; CHARLOTTE, WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:20-CV-1139<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I served a copy of the following: Defendant, Warmbir IT Solutions, LLC's Response to Plaintiff's First Request to Admit Genuineness of Documents and this Certificate of Service by emailing a copy of same to the persons shown below at the address shown below:

Jason S. Bartell
Michael A. Powell
10 East Main Street
Champaign, IL 61820
jbartell@bartellpowell.com
mpowell@bartellpowell.com


Date: September 14, 2020

　　　　　　　　　　　　　　　　　　　　　　WARMBIR IT SOLUTIONS, LLC

　　　　　　　　　　　　　　　　　　　　　　By: /S/ A. Christopher Cox
　　　　　　　　　　　　　　　　　　　　　　COX & FULK, LLC

A. Christopher Cox
ARDC# 6296142
Cox & Fulk, LLC
202 N. Center
Bloomington, IL 61701
Phone: (309)828-7331
Email:  ChristopherCox@cfxlegal.com