## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC ) ) ) Plaintiff, ) ) vs. ) ) JAMIE WARMBIR; CHARLOTTE ) WARMBIR; WARMBIR IT SOLUTIONS, LLC, ) an Illinois limited liability company; ) ) Defendants. ) | Case No.: 1:20-CV-1139 (Jury Demanded) |

### NOTICE OF DEPOSITION PURSUANT TO FED. R.CIV.P.30(a)(1)

To: Mr. A. Christopher Cox
Cox & Fulk, LLC
202 N. Center Street
Bloomington, IL 61701
christophercox@cxflegal.com

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(a)(1) and Local Rule 30.1, Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, will take the deposition upon oral examination of Elizabeth Fernero, of Warmbir IT Solutions, LLC, on **Thursday, October 8, 2020, at 9:00 a.m.**, at the office of BARTELL POWELL, LLP, 207 West Jefferson Street, Suite 602, Bloomington, IL 61701. The deposition will be conducted in person before a certified reporter and reported by stenographic means. If necessary, the deposition will be adjourned until completed.

DATED: September 21, 2020　　　　　　　　MAVIDEA TECHNOLOGY GROUP, LLC


　　　　　　　　　　　　　　　　　　　　By: ___/ S/ Michael A. Powell_____
　　　　　　　　　　　　　　　　　　　　　　　Michael A. Powell
　　　　　　　　　　　　　　　　　　　　　　　ARDC#: 6257615

1

# **CERTIFICATE OF SERVICE**

  I hereby certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing(s) to the following:

  Mr. A. Christopher Cox
  Cox & Fulk, LLC
  202 N. Center Street
  Bloomington, IL 61701
  christophercox@cxflegal.com

  Under penalties as provided by law pursuant to section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), I certify that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.


                 /S/ Michael A. Powell


BARTELL POWELL LLP
Jason S. Bartell # 6255602
Michael A. Powell # 6257615
10 E. Main Street
Champaign, IL 61820
Phone: 217-352-5900
Fax: 217-352-0182
Email: jbartell@bartellpowell.com
Email: mpowell@bartellpowell.com

S:\History\BP\Mavidea.Warmbir-811001\Mavidea v. Warmbir, et al.-811001\Not.Dep.Elizabeth.Fernero.092120.kw.docx

2