UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:20-CV-1139<br>) |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | )<br>)<br>)<br>) JURY TRIAL REQUESTED<br>) |
| Defendants. | ) |

## AGREED ORDER

By agreement of the parties,

1) The hearing on Plaintiff's Motion for Preliminary Injunction scheduled for October 19-21, 2020, is continued to Tuesday, December 8, 2020 beginning at 1:00p.m. and will continue through Friday, December 11, 2020, if necessary.

2) Plaintiff filed a Motion for Rule to Show Cause and For Sanctions Due to Spoliation of Evidence on October 7, 2020.  Plaintiff shall be permitted to file a supplement to this Motion by November 17, 2020.  Defendants and third party, Jeffrey Shelton, shall have until November 23, 2020 to file a response.  The hearing on this Motion shall be held concurrently with the hearing referenced in Paragraph 1) above.

3) The Temporary Restraining Order imposed on September 3, 2020 shall remain in effect until the conclusion of the Preliminary Injunction hearing referenced in Paragraph 1) above.

IT IS SO ORDERED.

Date: _____                    _____

AGREED TO BY:

BARTELL POWELL LLP
/s/ Jason S. Bartell
Jason S. Bartell
Attorneys for Plaintiff
10 E. Main St.
Champaign, IL 61820
(217)352-5900
Email: jbartell@bartellpowell.com

/s/ Michael Powell
Michael Powell
207 W. Jefferson St., Ste. 602
Bloomington, IL 61701
(309)807-5275
mpowell@bartellpowell.com


COX & FULK, LLC

/s/ A. Christopher Cox
A. Christopher Cox
2020 N. Center
Bloomington, IL 61701
(309)828-7331
christophercox@cxflegal.com