E-FILED
Monday, 02 November, 2020  03:13:22 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:20-CV-1139 (Jury Demanded) |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATION OF COUNSEL

To:  Mr. A. Christopher Cox                    Mr. Jeffrey R. Shelton
     Cox & Fulk, LLC                           18 Donna Drive
     202 N. Center Street                      Normal, IL 61761
     Bloomington, IL 61701                     E-Mail: Jeffrey.r.shelton@gmail.com
     E-Mail: christophercox@coxandassoc.com

NOW COMES the Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, by Michael A. Powell, and Jason Bartell, of Bartell Powell LLP, and certifies that it has this date (November 2, 2020) served upon Jeffrey Shelton, via e-mail, the following:

Agreed Order file stamped on 10-19-20;

Docket Text from U.S. District Court, Central District of Illinois dated 10-19-20;

Additional Docket Text from U.S. District Court, Central District of Illinois dated 10-19-20, modified to correct Motion at issue for 12/8/20.

DATED: November 2, 2020                    MAVIDEA TECHNOLOGY GROUP, LLC


                                           By:  ___/S/ Michael A. Powell_____
                                                   Michael A. Powell
                                                   ARDC#: 6257615

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, the foregoing Certification of Counsel was filed electronically using the CM/ECF system which will send notification of such filing to the following:

Mr. A. Christopher Cox
Cox & Fulk, LLC
202 N. Center Street
Bloomington, IL 61701
E-Mail: christophercox@coxandassoc.com


/S/ Michael A. Powell



BARTELL POWELL LLP
Jason S. Bartell # 6255602
Michael A. Powell # 6257615
10 E. Main Street
Champaign, IL 61820
Phone: 217-352-5900
Fax:    217-352-0182
Primary Email:  jbartell@bartellpowell.com
Primary Email: mpowell@bartellpowell.com
Secondary Email: kwoolridge@bartellpowell.com

S:\History\BP\Mavidea.Warmbir-811001\Mavidea v. Warmbir, et al.-811001\Certification.Counsel.J.Shelton.110220.kw.docx