UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **MAVIDEA TECHNOLOGY GROUP, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.   1:20-CV-1139 |
| | ) | |
| **JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;** | ) ) ) ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER

Plaintiff, MAVIDEA TECHNOLOGY GROUP, LLC, and Defendants, JAMIE WARMBIR, CHARLOTTE WARMIBR and WARMBIR IT SOLUTIONS, LLC, by and through their respective counsel, jointly and mutually agree as follows:

1) The Temporary Restraining Order imposed in this matter on September 3, 2020 (the "TRO") is hereby stricken, vacated and dissolved instanter.

2) The constructive trust established by the TRO is hereby dissolved and the funds that are currently held in the trust account (the "Trust Account") of Defendants' attorneys at Cox & Fulk, LLC pursuant to the TRO, shall be distributed as follows:

   A. Defendants' attorneys at Cox & Fulk, LLC shall immediately issue to Plaintiff the sum of one hundred and twenty-thousand dollars ($120,000.00) from the funds placed in the Trust Account.

   B. All funds in the Trust Account in excess of hundred and twenty thousand dollars ($120,000) shall be immediately issued by Defendants' attorneys at Cox &

>Fulk, LLC to Defendant, Warmbir IT Solutions, LLC. Defendant, Warmbir IT Solutions, LLC shall be entitled to retain any additional funds it receives from any source.

IT IS SO ORDERED.

Date: _____                              _____

AGREED TO BY:

BARTELL POWELL LLP
/s/ Jason S. Bartell
Jason S. Bartell
Attorneys for Plaintiff
10 E. Main St.
Champaign, IL 61820
(217)352-5900
Email: jbartell@bartellpowell.com

/s/ Michael Powell
Michael Powell
207 W. Jefferson St., Ste. 602
Bloomington, IL 61701
(309)807-5275
mpowell@bartellpowell.com


COX & FULK, LLC

/s/ A. Christopher Cox
A. Christopher Cox
202 N. Center
Bloomington, IL 61701
(309)828-7331
christophercox@cxflegal.com