UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVIDEA TECHNOLOGY GROUP, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.   1:20-CV-1139 |
| | ) | |
| JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company; | ) ) ) ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES the above-referenced Parties by their respective attorneys, hereby agreeing and stipulating that this cause should be dismissed with prejudice and without costs to any Party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. The Court will retain jurisdiction to enforce the terms of settlement.

APPROVED AS TO FORM AND CONTENT:

BARTELL POWELL LLP
/s/ Jason S. Bartell
Jason S. Bartell
Attorneys for Plaintiff
10 E. Main St.
Champaign, IL 61820
(217)352-5900
Email: jbartell@bartellpowell.com

/s/ Michael Powell
Michael Powell
207 W. Jefferson St., Ste. 602
Bloomington, IL 61701
(309)807-5275
mpowell@bartellpowell.com


COX & FULK, LLC

/s/ A. Christopher Cox
A. Christopher Cox
202 N. Center
Bloomington, IL 61701
(309)828-7331
christophercox@cxflegal.com