## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| **MAVIDEA TECHNOLOGY GROUP, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.    1:20-CV-1139 |
| | ) | |
| **JAMIE WARMBIR; CHARLOTTE WARMBIR; WARMBIR IT SOLUTIONS, LLC, an Illinois limited liability company;** | ) ) ) ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **Defendants.** | ) | |

### **AGREED ORDER FOR DISMISSAL WITH PREJUDICE**

THIS CAUSE coming to be heard upon the written Stipulation for Dismissal and the Court having examined said Stipulation and being fully advised in the premises, find that this cause of action, and each count contained therein, has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the Complaint with prejudice and all costs have been paid.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-referenced cause be and hereby is dismissed with prejudice, all costs having been paid.

The Court will retain jurisdiction to enforce the terms of settlement.

Date: _____                    _____
                                                             Presiding Judge

1

AGREED TO BY:

BARTELL POWELL LLP
/s/ Jason S. Bartell
Jason S. Bartell
Attorneys for Plaintiff
10 E. Main St.
Champaign, IL 61820
(217)352-5900
Email: jbartell@bartellpowell.com

/s/ Michael Powell
Michael Powell
207 W. Jefferson St., Ste. 602
Bloomington, IL 61701
(309)807-5275
mpowell@bartellpowell.com


COX & FULK, LLC

/s/ A. Christopher Cox
A. Christopher Cox
202 N. Center
Bloomington, IL 61701
(309)828-7331
christophercox@cxflegal.com